[No. 36022-5-II.   Division Two.   August 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEWART SCOTT
BERGLUND, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-02226-6, Richard D. Hicks, Richard A. Strophy, and Chris Wickham, JJ., entered March 9, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[Nos. 36338-1-II; 36345-3-II;   Division Two.   August 19, 2008.]
    36348-8-II.

THE STATE OF WASHINGTON, *Appellant*, v. WYATT E. DOERING,
*Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. HAROLD E. DOERING,
*Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. MYRNA J. DOERING,
*Respondent*.

Appeals from a judgment of the Superior Court for Wahkiakum County, No. 05-1-00035-5, Michael J. Sullivan, J., entered May 14, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 26187-5-III.   Division Three.   August 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL ERNEST
COVER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02534-3, Robert D. Austin, J., entered May 29, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.